UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

KONICA MINOLTA BUSINESS
SOLUTIONS, U.S.A., INC.,

    Plaintiff,

v.

LOWERY CORPORATION, et al.,

    Defendants.
_____/

Case No. 15-11254
Honorable Victoria A. Roberts

## ORDER ADOPTING REPORT AND RECOMMENDATION [Doc. 236] AND DENYING MOTION TO INTERVENE [DOC. 221]

On April 23, 2018, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation [Doc. 236] recommending that Philadelphia Indemnity Insurance Company's Motion to Intervene [Doc. 221] be DENIED. No party filed objections within the fourteen day period pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1).

Accordingly, the Court **ADOPTS** the Report and Recommendation, which is well reasoned and supported by the cited authorities.

Philadelphia Indemnity Insurance Company's Motion to Intervene [Doc. 221] is **DENIED.**

    **IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 15, 2018